FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 0 7 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Turiano,<br><br>　　　　Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>　　　　Defendants. | No. CV-21-01428-PHX-MTL<br><br>**MINUTE ORDER RE: EXHIBITS** |

IT IS HEREBY ORDERED that the exhibits marked and/or admitted in the above-entitled case at the time of the Preliminary Injunction Hearing which concluded on December 7, 2021, are returned to respective counsel.

Counsel/agents are directed to retain custody of the exhibits until the case has been completely terminated, including all appeals, pursuant to LRCiv 79.1.

Dated this __7th____ day of ___December____, 2021.

　　　　　　　　　　　　DEBRA LUCAS,
　　　　　　　　　　　　District Court Executive/Clerk of Court

　　　　　　　　　　　　_____
　　　　　　　　　　　　A. Ocamb, Deputy Clerk

Exhibits returned to respective counsel as acknowledged below:

Date 12/7/21　　　　Signature Cassidy Bacon

Date 12/7/21　　　　Signature _____